UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/06
```

GRANT'S FINANCIAL PUBLISHING INC.

Plaintiff,

v.

SUN LIFE FINANCIAL INC., SUN LIFE
ASSURANCE COMPANY OF CANADA
(U.S.), AND MCLEAN BUDDEN LIMITED

Defendant.

Civil Action No. 05 CV 4791 (RPP)

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties having entered into a Settlement Agreement and stipulated to this dismissal, Plaintiff Grant's hereby dismisses all claims with prejudice and Defendants Sun Life Financial, Sun Life Assurance Company, and McLean Budden hereby dismiss all counterclaims with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 4, 2006

GRANT'S FINANCIAL PUBLISHING INC.

By: _____
Thomas W. Kirby (TK2182)
Bruce G. Joseph (BJ8345)
Scott E. Bain (SB1255)
William B. Baker (WB3459)
Mark B. Sweet (MS1024)
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel. (202) 719-7000
Fax (202) 719-7207

SUN LIFE FINANCIAL INC. AND SUN LIFE
ASSURANCE COMPANY OF CANADA (U.S.)

By: _____
Michael A. Albert (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Tel. (617) 646-8240
Fax (617) 646-8646

MCLEAN BUDDEN LIMITED

By: _____
Jonathan E. Moskin (JM 9814)
WHITE & CASE, LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Tel. (212) 819-8853
Fax (212) 354-8113

So ordered
Robert P. Patterson, USDJ
January 5, 2006